# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Crenshaw, Jr., Waverly D. | US District Court - Middle District of Tennessee | 05/02/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

801 Broadway
Room A-845
Nashville, TN 37203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | Nashville School of Law |
| 2. | Life Member | NAACP |
| 3. | Fellow | American Bar Foundation |
| 4. | Fellow | Nashville Bar Foundation |
| 5. | Fellow | Tennessee Bar Foundation |
| 6. | Fellow | Napier-Looby Bar Foundation |
| 7. | Member | Belle Meade Country Club |
| 8. | Executor of Estate | Betty Nixon |
| 9. | Board Member | Community Foundation Middle Tennessee |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Employment Law Council - NELC | April. 26-28, 2018 | Denver, CO | Speaker at Annual Conference | Flight and lodging |
| 2. | American Bar Association - Section of Labor & Employment Law | November 7-10, 2018 | San Francisco, CA | Speaker at 12th Annual Labor and Employment Law Conference | Flight and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crenshaw, Jr., Waverly D. | 05/02/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**☑** NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

**☑** NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crenshaw, Jr. Waverly D. | 05/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage (H) | | | | | | | | | |
| 2. Federated Capital Reserve | A | Dividend | J | T | | | | | |
| 3. American Short-Term Tax-Exempt Bond | A | Dividend | L | T | Buy | 12/06/18 | L | | |
| 4. The Bond Fund of America | A | Dividend | | | Sold | 12/06/18 | L | | |
| 5. Brandes Emerging Markets Value Fund | B | Dividend | M | T | | | | | |
| 6. Davis Appreciation & Income Fund Class A | A | Dividend | M | T | Buy | 12/06/18 | M | | |
| 7. Davis New York Venture | E | Dividend | | | Sold | 12/06/18 | M | | |
| 8. Fidelity Advisor Strategic Income Fund Class C | D | Dividend | N | T | | | | | |
| 9. Fidelity Advisor Growth Opportunities Fund Class C | E | Dividend | N | T | Sold (part) | 12/07/18 | M | E | |
| 10. Fidelity Advisor New Insights Fund Class A | E | Dividend | M | T | Sold (part) | 08/31/18 | L | E | |
| 11. Fidelity Advisor New Insights Fund Class C | C | Dividend | K | T | | | | | |
| 12. Fundamental Investors Class C | D | Dividend | M | T | | | | | |
| 13. Fidelity Municipal Income Fund Class C | A | Dividend | N | T | Buy | 12/06/18 | M | | |
| 14. Fidelity Advisor Short-term Bond Fund Class C | A | Dividend | N | T | Buy | 12/06/18 | N | | |
| 15. Fidelity Advisor Total Bond Fund Class C | D | Dividend | | | Sold | 12/06/18 | N | | |
| 16. Fundamental Investors Class C | D | Dividend | L | T | | | | | |
| 17. Fundamental Investors Class F-1 | D | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. The Growth Fund of America Class C | D | Dividend | M | T | | | | | |
| 19. Nuveen Municipal Income Fund Inc | C | Dividend | L | T | | | | | |
| 20. Pimco Low Duration Class C | A | Dividend | N | T | Buy | 12/06/18 | N | | |
| 21. Pimco Low Duration Class C | | None | | | Sold (part) | 12/24/18 | L | | |
| 22. Pimco Real Return Fund Class C | A | Dividend | M | T | Buy | 12/06/18 | M | | |
| 23. Pimco All Asset Fund Class C | D | Dividend | N | T | | | | | |
| 24. Pimco Muni Income Fund II | C | Dividend | L | T | | | | | |
| 25. Pimco Income Fund Class C | D | Dividend | | | Sold | 12/06/18 | N | | |
| 26. Pimco Commodities Plus Strategy Fund Class C | D | Dividend | | | Sold | 12/06/18 | M | | |
| 27. Small Cap World Fund Class C | D | Dividend | M | T | | | | | |
| 28. Ishares Tr US Oil & Gas Expl & Production ETF | A | Dividend | L | T | Sold (part) | 01/12/18 | K | C | |
| 29. Ishares Tr US Oil & Gas Expl & Production ETF | | None | | | Buy | 02/06/18 | K | | |
| 30. Ishares Tr US Oil & Gas Expl & Production ETF | | None | | | Buy (add'l) | 02/14/18 | K | | |
| 31. Ishares Tr US Oil & Gas Expl & Production ETF | | None | | | Sold (part) | 07/12/18 | K | D | |
| 32. Ishares Tr US Oil & Gas Expl & Production ETF | | None | | | Buy (add'l) | 12/24/18 | K | | |
| 33. JP Morgan Chase & Co Alerian MLP Index ETN | | None | L | T | Buy | 11/20/18 | L | | |
| 34. Localshares Invt TR Nashville Area ETF | A | Dividend | | | Sold | 02/16/18 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ALPS ETF TR Alerian MLP | C | Dividend | | | Buy (add'l) | 06/12/18 | K | | |
| 36. ALPS ETF TR Alerian MLP | | None | | | Sold | 11/20/18 | L | | |
| 37. Select Sector SPDR TR Energy | A | Dividend | K | T | Buy (add'l) | 12/24/18 | K | | |
| 38. Traditional IRA (H) | | | | | | | | | |
| 39. Pershing Government Account | A | Int./Div. | J | T | | | | | |
| 40. Brandes Emerging Mkts Value Fund Class C | A | Dividend | L | T | | | | | |
| 41. Davis New York Venture Class A | E | Dividend | M | T | | | | | |
| 42. Davis New York Venture Class C | E | Dividend | L | T | | | | | |
| 43. Europacific Growth Fund Class A | C | Dividend | L | T | | | | | |
| 44. Europacific Growth Fund Class C | C | Dividend | K | T | | | | | |
| 45. Fidelity Advisor Strategic Income fund Class C | C | Dividend | M | T | | | | | |
| 46. Fidelity Advisor Growth Opportunities Fund Class C | D | Dividend | M | T | | | | | |
| 47. Fidelity Advisor International Discovery Fund Class A | B | Dividend | K | T | | | | | |
| 48. Fidelity Advisor New Insights Fund Class M | D | Dividend | L | T | | | | | |
| 49. Fidelity Advisor New Insights Fund Class C | D | Dividend | L | T | | | | | |
| 50. Fidelity Advisor Total Bond Fund Class M | B | Dividend | K | T | | | | | |
| 51. Fidelity Advisor Total Bond Fund Class C | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crenshaw, Jr. Waverly D. | 05/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fundamental Investors Class C | C | Dividend | K | T | | | | | |
| 53. The Growth Fund of America Class C | D | Dividend | L | T | | | | | |
| 54. Pimco Total Return Class C | A | Dividend | L | T | | | | | |
| 55. Pimco All Asset Fund Class C | D | Dividend | M | T | | | | | |
| 56. Pimco All Asset Fund Class A | A | Dividend | J | T | | | | | |
| 57. Pimco Income Fund Class C | D | Dividend | M | T | | | | | |
| 58. Pimco Commodities Plus Strategy Fund | D | Dividend | L | T | | | | | |
| 59. Washington Mutual Investors Fund Class C | C | Dividend | K | T | | | | | |
| 60. ROTH Ira (H) | | | | | | | | | |
| 61. Pershing Government Account | A | Dividend | J | T | | | | | |
| 62. Europacitic Growth Fund Class F-2 | B | Dividend | K | T | | | | | |
| 63. Fidelity Advisor Strategic Income Fund Class I | B | Dividend | K | T | | | | | |
| 64. Fidelity Advisor New Insights Fund Class I | C | Dividend | K | T | | | | | |
| 65. Fundamental Investors Class F-3 | C | Dividend | K | T | | | | | |
| 66. The Growth Fund of America | C | Dividend | K | T | | | | | |
| 67. New World Fund Class F-2 | A | Dividend | J | T | | | | | |
| 68. Pimco Total Return Fund Institutional Class | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crenshaw, Jr. Waverly D. | 05/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pimco All Asset Fund Institutional Class | B | Dividend | K | T | | | | | |
| 70. Pimco Income Fund Institutional Class | C | Dividend | K | T | Sold (part) | 01/03/18 | J | A | |
| 71. PImco Income Fund Institutional Class | | None | | | Sold (part) | 02/02/18 | J | A | |
| 72. Pimco Income Fund Institutional Class | | None | | | Sold (part) | 03/01/18 | J | A | |
| 73. PImco Income Fund Institutional Class | | None | | | Sold (part) | 04/03/18 | J | A | |
| 74. Pimco Income Fund Institutional Class | | None | | | Sold (part) | 05/01/18 | J | A | |
| 75. Pimco Income Fund Institutional Class | | None | | | Sold (part) | 06/01/18 | J | A | |
| 76. Pimco Income Fund Institutional Class | | None | | | Sold (part) | 07/02/18 | J | A | |
| 77. Pimco Income Fund Institutional Class | | None | | | Sold (part) | 08/01/18 | J | A | |
| 78. Pimco Income Fund Institutional Class | | None | | | Sold (part) | 09/05/18 | J | A | |
| 79. Pimco Income Fund Institutional Class | | None | | | Sold (part) | 10/01/18 | J | A | |
| 80. Pimco Income Fund Institutional Class | | None | | | Sold (part) | 11/01/18 | J | A | |
| 81. Pimco Income Fund Institutional Class | | None | | | Sold (part) | 12/03/18 | J | A | |
| 82. Van Eck Constant Maturity Commodity Index Fund | A | Dividend | K | T | | | | | |
| 83. Washington Mutual Investors Fund Class F-2 | B | Dividend | K | T | | | | | |
| 84. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crenshaw, Jr. Waverly D. | 05/02/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Waverly D. Crenshaw, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544